IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT STEVENSON                                                                         PLAINTIFF

vs.                                       NO: 4:07CV00522BSM

UNION PACIFIC RAILROAD COMPANY                                          DEFENDANT

## ORDER

On motion of plaintiff, without objection, Counts III and IV of the complaint are hereby dismissed without prejudice.

IT IS SO ORDERED this 5th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE