**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBERT STEVENSON**                                                                                          **PLAINTIFF**

vs.                                              **NO. 4-07-CV-00522-BSM**

**UNION PACIFIC RAILROAD COMPANY**                                                 **DEFENDANT**

ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action, Robert Stevenson and Union Pacific Railroad Company, have settled this matter. Based upon the joint motion of the parties and for other good cause shown, the Court hereby finds that this case should be, and hereby is, dismissed with prejudice. Each party to bear its own costs.

IT IS SO ORDERED this 1st day of May, 2009.
.

*/s/ Brian S. Miller*
JUDGE BRIAN S. MILLER